**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-0288-WJM-CBS

MEGHAN BUCHANAN

      Plaintiff,

v.

THE PRESCOTT GROUP, LLC, a Colorado limited liability company, and
PANORAMA CONSULTING SOLUTIONS, LLC, d/b/a PANORAMA CONSULTING
SOLUTIONS

      Defendants.

---

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE**

---

This matter comes before the Court on Plaintiff's Motion to Dismiss filed March 25, 2013. (ECF No. 18.) The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's Motion to Dismiss is GRANTED. Defendant Panorama Consulting Solutions, LLC, d/b/a Panorama Consulting Solutions is hereby DISMISSED WITHOUT PREJUDICE. Each party, consistent with what the parties agreed in ECF No. 18, shall bear its own costs and attorneys' fees.

Dated this day of 26th day of March, 2013.

                                              BY THE COURT:

                                              William J. Martínez
                                              United States District Judge