**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-0288-WJM-CBS

MEGHAN BUCHANAN

      Plaintiff,

v.

THE PRESCOTT GROUP, LLC, a Colorado Limited Liability Company

      Defendant.

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss filed January 24, 2014 (ECF No. 35). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

Dated this 26th day of February, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge